IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CARLOS PEREZ,

        Petitioner,                  No. CIV S-09-2278 JAM EFB P

    vs.

KELLY HARRINGTON, Warden,

        Respondent.              ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel and grant him an extension of time to file his opposition to the October 13, 2010 motion to dismiss filed by respondent.

        There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

        On January 3, 2010, petitioner requested an extension of time to file and serve an opposition to the October 13, 2010 motion to dismiss. *See* Fed. R. Civ. P. 6(b). Petitioner states that an extension due to his mental health issues. The court will grant an extension of 30 days from the date this order is served.

1     Accordingly, it hereby is ORDERED that:

2     1. Petitioner's January 3, 2011 request for appointment of counsel is denied without
3 prejudice; and

4     2. Petitioner's January 3, 2011 request for extension of time is granted and petitioner has
5 30 days from the date this order is served to file and serve an opposition to the October 13, 2010
6 motion to dismiss.

7 DATED: January 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2